UNITED STATES DISTRICT COURT FOR THE
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Imperial Enterprises, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 1:11-cv-00529-RBW |
| ) | |
| **DOES 1 – 3,545** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## PLAINTIFF'S STATUS REPORT PURSUANT TO COURT'S ORDER OF 04/05/11
### [DOC. NO. 5]

Plaintiff submits this status report pursuant to the Court's Order of April 5, 2011. [Doc. No. 5]

To briefly remind the Court, Plaintiff filed this action on March 10, 2011 asserting claims for copyright infringement against 3,545 "John Doe" defendants for sharing Plaintiff's copyrighted film over the internet using a BitTorrent peer-to-peer file sharing protocol. *See generally* Complaint [Doc. 1]. At the time of filing its Complaint, Plaintiff was only able to identify the Doe Defendants by their Internet Protocol ("IP") and the date and time of alleged infringement. The only way that Plaintiff can determine Defendants' actual names is from the Internet Service Providers ("ISPs") to which Defendants subscribe and from which Defendants obtain Internet access, as this information is readily available to the ISPs from documents they keep in the regular course of business.

On April 5, 2011, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference. [Doc. No. 5]. The following day, after the Court's Order

1

approving Plaintiff to conduct discovery, Plaintiff confirmed several ISPs as potential subjects of discovery requests. Pursuant to the Court's Order, on April 6, 2011, Plaintiff issued service of subpoenas to several ISPs that are known to be potential subjects of discovery requests in this matter to identify the Doe Defendants.

To date Plaintiff has received identifying information for seventy four (74) Doe Defendants. Pursuant to communications with several ISPs it is anticipated that Plaintiff will have received identifying information for an additional one thousand one hundred fourteen (1,114) Doe Defendants by June 30, 2011.

Plaintiff continues to work and communicate with various ISPs concerning production pursuant to the subpoenas issued to date, however a date certain as to completion of ISP production is not known. Plaintiff reasonably anticipates that it will take at least another three (3) to four (4) months before production is completed. Plaintiff anticipates that it will be necessary to file a motion for extension of time to serve the majority John Doe Defendants in this case given the delay in production from several of the ISPs.

Respectfully submitted,
Imperial Enterprises, Inc.

**DATED**: June 6, 2011

By:   /s/
Ellis L. Bennett, Bar #479059
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
ebennett@dglegal.com
703-777-7319 (telephone)
703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*