**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Imperial Enterprises, Inc.**                )  | |
|                                             ) | |
|     **Plaintiff,**          ) | |
|                                             ) | |
| **v.**                                      ) | Case Number 1:11-cv-00529-RBW |
|                                             ) | |
| **DOES 1 – 3,545**                          ) | |
|                                             ) | |
|     **Defendants.**         ) | |
| _____)       | |

**<u>NOTICE OF DIMISSAL OF DOE DEFENDANTS 490 and 1868</u>**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendants 490 and 1868 as identified in Exhibit A to Plaintiff's Complaint, with the following IP Addresses:

    Doe 490 – IP Address:  98.206.86.225

    Doe 1868 – IP Address:  68.49.164.117

This Notice of Voluntary Dismissal is specific to the referenced Doe Defendants and **does not apply** to any other Defendants.

                                                  Respectfully submitted,
                                                  Imperial Enterprises, Inc.

**DATED**:  June 20, 2011

By: /s/
Ellis L. Bennett, Bar #479059
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
ebennett@dglegal.com
703-777-7319 (telephone)
703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*