**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Imperial Enterprises, Inc.**     ) | |
| )  | |
| **Plaintiff,**     ) | |
| ) | |
| v.     ) | Case Number 1:11-cv-00529-RBW |
| ) | |
| **DOES 1 – 3,545**     ) | |
| ) | |
| **Defendants.**     ) | |
| _____) | |

**NOTICE OF DIMISSAL OF DOE DEFENDANTS 1807 AND 1853**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendants 1807 and 1853, as identified in Exhibit A to Plaintiff's Complaint, with the following IP Addresses:

Doe 1807 – IP Address  69.253.80.197

Doe 1853 – IP Address  69.251.195.52

This Notice of Voluntary Dismissal is specific to the referenced Doe Defendants and **does not apply** to any Defendant other than Does 1807 and 1853.

    Respectfully submitted,
    Imperial Enterprises, Inc.

**DATED**: September 1, 2011

By:  /s/
    Ellis L. Bennett, Bar #479059
    Dunlap Grubb & Weaver, PLLC
    199 Liberty Street, SW
    Leesburg, VA 20175
    ebennett@dglegal.com
    703-777-7319 (telephone)
    703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*