**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Imperial Enterprises, Inc.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case Number 1:11-cv-00529-RBW |
| ) | |
| **DOES 1 – 3,545** ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

**NOTICE OF DIMISSAL OF DOE DEFENDANT 1313**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant 1313, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 173.48.105.211. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 1313 having an IP Address of 173.48.105.211.

                                                          Respectfully submitted,
                                                          Imperial Enterprises, Inc.

**DATED**: October 14, 2011

                                          By:   /s/_____
                                                      Ellis L. Bennett, Bar #479059
                                                      Dunlap Grubb & Weaver, PLLC
                                                      199 Liberty Street, SW
                                                      Leesburg, VA 20175
                                                      ebennett@dglegal.com
                                                      703-777-7319 (telephone)
                                                      703-777-3656 (fax)