*Leave to file is granted.*

*Judge Walton*
*10/3/11*

**United States District Court for the District of Columbia**
Docket No: 1:11-cv-00529-RBW
Order Entered May 1, 2011

I, Colleen Kodner, would like to file a motion to quash or vacate this subpoena. I know nothing of the downloading nor uploading of a movie on 1/2/2011. I do have wireless internet, and believe it is possible someone else may have accessed my signal.

Thank you,

*Colleen Kodner*

**Colleen Kodner**
125 North Buffalo Grove Road
Unit 212
Buffalo Grove, IL  60089
(847) 542-0301
Email: cmkodner@yahoo.com

Re: Imperial Enterprises, Inc. v. Does 1-3,145

RECEIVED
Mail Room
SEP 26 2011