**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Imperial Enterprises, Inc.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case Number 1:11-cv-00529-RBW** |
| | ) |
| **DOES 1 – 3,545** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF DIMISSAL OF DOE DEFENDANT 3245**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe

Defendant 3245, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of

108.3.173.34.  This Notice of Voluntary Dismissal is specific to the referenced Doe

Defendant and **does not apply** to any Defendant other than Doe 3245 having an IP

Address of 108.3.173.34.


                                    Respectfully submitted,
                                    Imperial Enterprises, Inc.

**DATED**:  November 15, 2011


                    By:    /s/
                           Ellis L. Bennett, Bar #479059
                           Dunlap Grubb & Weaver, PLLC
                           199 Liberty Street, SW
                           Leesburg, VA 20175
                           ebennett@dglegal.com
                           703-777-7319 (telephone)
                           703-777-3656 (fax)