# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IMPERIAL ENTERPRISES, INC.

v.   1:11-cv-00529-RBW

DOES 1 – 3,145

_____

## NOTICE OF DISMISSAL OF DOE 2580

Plaintiff hereby files this notice of dismissal, dismissing, with prejudice, Doe 2580 having IP address 72.220.12.242.

Dated:  November 22, 2011

      Respectfully submitted,

      Imperial Enterprises, Inc.

      By Counsel

      /s/ _____

      Ellis L. Bennett

      DC Bar No. 479059

      *Counsel for Plaintiff*

      Dunlap Grubb & Weaver, PLLC

      199 Liberty St., SW