# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

IMPERIAL ENTERPRISES, INC.

v.                                        1:11-cv-00529-RBW

DOES 1 – 3,145

_____

## <u>NOTICE OF DISMISSAL OF DOE 2115</u>

Plaintiff hereby files this notice of dismissal, dismissing, with prejudice, Doe 2115 having IP address 68.41.224.53.

Dated:  November 22, 2011

Respectfully submitted,

Imperial Enterprises, Inc.

By Counsel

<u>/s/</u>_____

Ellis L. Bennett

DC Bar No. 479059

*Counsel for Plaintiff*

Dunlap Grubb & Weaver, PLLC

199 Liberty St., SW