**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Imperial Enterprises, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 1:11-cv-00529-RBW |
| ) | |
| **DOES 1 – 3,545** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**NOTICE OF DIMISSAL OF DOE DEFENDANT 252**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant 252, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 24.118.23.140. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 252 having an IP Address of 24.118.23.140.

                                                              Respectfully submitted,
                                                              Imperial Enterprises, Inc.

**DATED**: December 7, 2011

                                           By:   /s/_____
                                                       Ellis L. Bennett, Bar #479059
                                                        Dunlap Grubb & Weaver, PLLC
                                                        199 Liberty Street, SW
                                                         Leesburg, VA 20175
                                                        ebennett@dglegal.com
                                                         703-777-7319 (telephone)
                                                        703-777-3656 (fax)