**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Imperial Enterprises, Inc.**          ) | |
| )  | |
| **Plaintiff,**      ) | |
| )  | |
| v.                                                          ) | Case Number 1:11-cv-00529-RBW |
| )  | |
| **DOES 1 – 3,545**                            ) | |
| )  | |
| **Defendants.**    ) | |
| _____) | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this notice of dismissal dismissing, *without prejudice*, all Doe Defendants not heretofore dismissed in this matter.

                                          Respectfully submitted,
                                          Imperial Enterprises, Inc.

**DATED**:  December 19, 2011

                         By:    /s/_____
                               Ellis L. Bennett, Bar #479059
                               Dunlap Grubb & Weaver, PLLC
                               199 Liberty Street, SW
                               Leesburg, VA 20175
                               ebennett@dglegal.com
                               703-777-7319 (telephone)
                               703-777-3656 (fax)