## U.S. DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Imperial Enterprises, Inc.** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DOES 1 – 3,545** )<br>)<br>    **Defendants.** )<br>———————————————————) | **Case Number 1:11-cv-00529-RBW** |

NOTICE OF DISMISSAL OF DOE 3412 WITH PREJUDICE

Plaintiff hereby files this notice of dismissal dismissing, DOE 3412, IP Address 96.248.70.86, *with prejudice*.

                                              Respectfully submitted,
                                              Imperial Enterprises, Inc.

**DATED**: December 19, 2011

                             By:   /s/
                                     Ellis L. Bennett, Bar #479059
                                   Dunlap Grubb & Weaver, PLLC
                                   199 Liberty Street, SW
                                   Leesburg, VA 20175
                                   ebennett@dglegal.com
                                   703-777-7319 (telephone)
                                   703-777-3656 (fax)