U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Imperial Enterprises, Inc. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number 1:11-cv-00529-RBW |
| DOES 1 – 3,545 | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DOE DEFENDANT #3358

Plaintiff hereby marks the action settled, discontinued and ended, with prejudice, as to Doe Defendant # 3358, as identified in Exhibit A to Plaintiff's Complaint, with an IP address of 173.75.250.37. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and does not apply to any Defendant other than Doe # 3358 having an IP address of 173.75.250.37.

Respectfully submitted,
Imperial Enterprises, Inc.

**DATED**: April 13, 2012

By: /s/
Ellis L. Bennett, Bar #479059
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
ebennett@dglegal.com
703-777-7319 (telephone)
703-777-3656 (fax)